Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com



**Daniel E. Gorman**
daniel.gorman@troutman.com

October 11, 2021

**VIA ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States District Courthouse
500 Pearl Street
New York, New York 10007

Re:    *Pittman, et al. v. Chick-fil-A, Inc.*, Civil Action No.: 1:21-cv-08041-VM

Dear Judge Marrero:

We represent Defendant Chick-fil-A, Inc. ("Chick-fil-A") in connection with the above-referenced matter.

Pursuant to Local Rule 7.1(d) and Rules 1(A) and 1(F) of the Court's Individual Rules of Practice, Chick-fil-A respectfully requests an extension of time from the existing deadline of October 28, 2021 up to and including December 6, 2021, to answer, move, or otherwise respond to Plaintiffs' Class Action Complaint (ECF No. 1). This extension is requested to permit Chick-fil-A adequate time to assess the Class Action Complaint, investigate Plaintiffs' claims, and formulate its response.

This is Chick-fil-A's first request for an extension of time to respond to Plaintiffs' Class Action Complaint. The undersigned conferred in good faith with Plaintiffs' counsel and Plaintiffs' counsel consents to this extension. The Parties currently do not have any scheduled appearances before the Court.

This request is respectfully submitted without waiver or modification of any rights, defenses or remedies of Chick-fil-A, including lack of personal jurisdiction, under applicable law or otherwise, all of which are hereby expressly reserved.

Respectfully submitted,

*/s/ Daniel E. Gorman*
Daniel E. Gorman

CC:    All counsel of record (via ECF)