| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/13/21 |

ANEISHA PITTMAN and SUSAN UKPERE,

    Plaintiff,

    -against-

CHICK-FIL-A, INC.,

    Defendant.

21 Civ. 8041 (VM)

ORDER

**VICTOR MARRERO**, United States District Judge.

    Defendant's request for an extension of its October 28, 2021, deadline to answer, move, or otherwise respond to Plaintiffs' complaint is GRANTED. Defendant must answer, move, or respond to the complaint no later than December 6, 2021.

**SO ORDERED.**

Dated:   New York, New York
           October 13, 2021

                                              Victor Marrero
                                              U.S.D.J.