**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/22
```

ANEISHA PITTMAN and SUSAN UKPERE,

                Plaintiff,

- against -

CHICK-FIL-A, INC.,

                Defendant.

**21 Civ. 8041 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court has reviewed the parties' pre-motion letter exchanges regarding the anticipated motion to dismiss by defendant Chick-fil-A, Inc. ("CFA"). (See Dkt. Nos. 17, 18, and 19.) However, the parties' letter exchange does not address whether the Amended Complaint have adequately alleged a violation of Section 349 of the New York General Business Law ("Section 349"). The parties are directed to submit supplemental letters, not to exceed two pages, addressing whether the Amended Complaint adequately alleged a violation of Section 349. CFA shall submit its letter within one week, and Plaintiffs shall file a responsive letter one week thereafter.

**SO ORDERED.**

Dated:    April 28, 2022
            New York, New York

                                          _____
                                          Victor Marrero
                                             U.S.D.J.