**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2022
```

ANEISHA PITTMAN and SUSAN UKPERE,

              Plaintiff,

- against -

CHICK-FIL-A, INC.,

              Defendant.

**21 Civ. 8041 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

On May 23, 2022, the Plaintiffs filed a letter, pursuant to Federal Rule of Civil Procedure 15(a)(2), requesting to file a Second Amended Complaint. The Defendant is directed to file a three page letter, by June 1, 2022, setting forth any objections to the Plaintiffs' request.

**SO ORDERED.**

Dated:    May 24, 2022
             New York, New York

                                                      Victor Marrero
                                                        U.S.D.J.