**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ANEISHA PITTMAN and SUSAN UKPERE**, *indvidually and on behlaf of all others similarly situated,*

            **Plaintiffs,**

v.

**CHICK-FIL-A, INC.,**

            **Defendant.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2022
```

Civil Case No. 1:21-cv-08041-VM

**CLASS ACTION**

### ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE FILED DOCUMENT: DOCKET NO. 24-1

Plaintiff has moved to remove filed Docket No. 24-1 at the request of Defendant.

Having considered the arguments of the parties and the papers submitted, and finding good cause therefore, the Court hereby grants Plaintiff's Motion to Remove Filed Document: Docket No. 24-1. Docket No. 24-1 shall be removed from the publicly available docket.

**SO ORDERED.**

Date: May 27, 2022
      New York, New York

_____
Victor Marrero
U.S.D.J.