**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANEISHA PITTMAN and SUSAN UKPERE,

                Plaintiffs,
    -against-                                       21 **CIVIL** 8041 (VM)

                                                      **JUDGMENT**

CHICK-FIL-A, INC.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated July 27, 2022, the motion of defendant Chick-fil-A, Inc. to dismiss the First Amended Complaint of plaintiffs Aneisha Pittman and Susan Ukpere is GRANTED. Plaintiffs' request to file a Second Amended Complaint is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
        July 27, 2022

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                                 **BY:**      *K. Mango*
                                                  _____
                                                  **Deputy Clerk**