# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ANEISHA PITTMAN and SUSAN UKPERE,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

CHICK-FIL-A, INC.

(List the full name(s) of the defendant(s)/respondent(s).)

21 CV 8041 ( VM )( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Aneisha Pittman and Susan Ukpere

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☒ judgment  ☒ order  entered on: July 27, 2022

(date that judgment or order was entered on docket)

that: The Court's granting of Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint and denying Plaintiffs' Motion to Amend Complaint

(If the appeal is from an order, provide a brief description above of the decision in the order.)

08/25/2022
Dated

Signature*

Kaliel, Jeffrey D.
Name (Last, First, MI)

1100 15th Street NW, 4th Floor, Washington, DC 20005
Address | City | State | Zip Code

(202) 350-4783
Telephone Number

jkaliel@kalielpllc.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13