N.Y.S.D. case #
21-cv-8041(VM)

# UNITED STATES COURT OF APPEALS
## FOR THE
### SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of November, two thousand twenty-two,

_____

Aneisha Pittman,

        Plaintiff - Appellant,

Susan Ukpere,

        Plaintiff,

v.

Chick-Fil-A, Inc.,

        Defendant - Appellee.

_____

**ORDER**
Docket No. 22-1862

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 10 2022
```

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 11/10/2022