UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Aneisha Pittman**, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**CHICK-FIL-A, INC.**,<br><br>Defendant. | CASE NO. 1:21-cv-08041-VM |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Aneisha Pittman, and Defendant, Chick-fil-A, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.[1]

Respectfully submitted on May 1, 2024

[*Signatures on following page*]

---

[1] Pursuant to the terms of a settlement agreement among the parties, the claims in this action, brought both individually and on behalf of a putative class, were consolidated for class-wide resolution in the case styled *Jan Mayheu v. Chick-fil-A Inc.,* No. 2022CV365400, Superior Court of Fulton County, Georgia. On February 29, 2024, the Superior Court of Fulton County entered an Order Granting Final Approval of the Proposed Class Action Settlement and Application for Attorneys' Fees, Costs, and Service Awards. That Order included a settlement of the claims raised in this Action on a class-wide basis, and the settlement became effective on April 8, 2024. The claims of Plaintiff and the putative class were released pursuant to the terms of the settlement agreement, and Plaintiff now dismisses with prejudice this Action.

*/s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, Florida 33132

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
20900 NE 30th Ave.
Aventura, FL 33180
Tel: 305-975-3320
scott@edelsberglaw.com

**KALIELGOLD PLLC**
Jeffrey D. Kaliel
jkaliel@kalielpllc.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783

**KALIELGOLD PLLC**
Sophia Goren Gold
sgold@kalielgold.com
950 Gilman Street, Suite 200
Berkeley, California 94710
Telephone: (202) 350-4783

*Attorneys for Plaintiff*

*/s/ Lindsey B. Mann*
Lindsey B. Mann
[*pro hac vice*]
lindsey.mann@troutman.com
Daniel E. Gorman
Daniel.gorman@troutman.com
Kalama Mark Lui-Kwan
Kalama.lui-kwan@troutman.com
Kathleen Meyers Campbell
Kathleen.campbell@troutman.com
Margaret Sparks Mathis
Maggie.sparks@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree Street N.E., Suite 3000
Atlanta, GA 30308
(404) 885-3000

Christopher Kelleher, Esq.
Chris.kelleher@alston.com
**ALSTON & BIRD, LLP**
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7435

*Attorneys for Defendant Chick-fil-A, Inc.*

> The Clerk of Court is respectfully directed to terminate plaintiff Aneisha Pittman from this case.



SO ORDERED.
5/3/2024
DATE
VICTOR MARRERO, U.S.D.J.